10-1519-pr
*Ward v. LeClaire*

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**

**SUMMARY ORDER**

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 28th day of June, two thousand eleven.

PRESENT: RICHARD C. WESLEY,
DEBRA ANN LIVINGSTON,
GERARD E. LYNCH,
*Circuit Judges.*

_____

KENNETH WARD,

*Plaintiff-Appellant,*

-v.-                                                    10-1519-pr

LUCIEN LECLAIRE, JR., Acting Commissioner, THOMAS G. EAGEN, Director of Central Office Review Committee, LAWRENCE SEARS, Superintendent, Franklin Correctional Facility, J.D. DEMARS, Deputy Superintendent of Programs, R. BOYEA, IGP Supervisor, GLENN GOORD, DOCS Commissioner, M. DUTIL, Correctional Officer, BRIAN FISCHER, Commissioner, K. HABECK, Deputy Superintendent of Administration, T. DUMAS, Registered Nurse, D.A. ROCK, Deputy Superintendent of Security,

*Defendants-Appellees,*

RICHARD SAVAGE, Superintendent, Gowanda Correctional Facility, J. MELENDEZ, Deputy Superintendent of Programs, LINDA JANISH, BOYCE, R. MAHONEY, Deputy Superintendent of Administration, WALDMILLER, Correctional Officer, RIGGTIONE, Correctional

Officer, HESSEL, Correctional Officer,

*Defendants.*

FOR APPELLANT:     Kenneth Ward, *pro se,* Rochester, NY.

FOR APPELLEE:      Kate H. Nepveu, Assistant Solicitor
                   General (Barbara D. Underwood, Solicitor
                   General, Andrea Oser, Deputy Solicitor
                   General, *on the brief*,), *for* Eric T.
                   Schneiderman, Attorney General of the
                   State of New York, Albany, NY.

Appeal from an order of the United States District Court for the Northern District of New York (Suddaby, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the appeal is **DISMISSED.**

Plaintiff-appellant Kenneth Ward, *pro se*, appeals from an order of the United States District Court for the Northern District of New York (Suddaby, *J.*), which denied defendants' motion for summary judgment with regard to Ward's Eighth Amendment conditions-of-confinement claim against defendant Dutil, but granted defendants' motion for summary judgment with regard to all of Ward's other claims. We assume the parties' familiarity with the underlying facts, the procedural history, and the issues presented for review.

Upon review, we have determined that we lack appellate jurisdiction over Ward's appeal. An order granting partial summary judgment like the one Ward challenges in this appeal is not a final order for purposes of 28 U.S.C. § 1291. *See Petrello v. White*, 533 F.3d 110, 113-14 (2d Cir. 2008); *Geneva Pharm. Tech. Corp. v. Barr Labs. Inc.*, 386 F.3d 485, 494-95 (2d Cir. 2004). Nor did the district court expressly enter a partial final judgment for any of the dismissed claims or parties pursuant to Rule 54(b) of the Federal Rules of Civil Procedure. *See Petrello*, 533 F.3d at 113. Moreover, no other basis for appellate jurisdiction has been demonstrated. *See* 28 U.S.C. § 1292(a), (b); *see also Whiting v. Lacara*, 187 F.3d 317, 319–20 (2d Cir. 1999).

For the foregoing reasons, the appeal is hereby **DISMISSED** for lack of appellate jurisdiction.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

3